IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff-Respondent,

v.                                                      No. CIV 07-910 JC/LFG
                                                         No. CR 05-2120 JC

TERRY BENNETT WILLIAMSON,

      Defendant-Movant.

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
AND RECOMMENDED DISPOSITION
AND DISMISSING ACTION WITH PREJUDICE**

THIS MATTER came before the Court on the Magistrate Judge's Findings and Recommended Disposition filed December 19, 2007 [Doc. 8]. Defendant/Movant did not file objections and the deadline for filing objections has passed. The Court accepts the findings and recommended disposition.

IT IS HEREBY ORDERED that the findings and recommended disposition of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that Mr. Williamson's § 2255 motion is denied and this action be, and it hereby is, dismissed with prejudice.

                                                _____
                                                UNITED STATES DISTRICT JUDGE